STATE v. GREGORY

No. 111P91

Case below: 101 N.C.App. 723

Stay dissolved and petition by defendant for writ of supersedeas denied 2 May 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

STATE v. McCRAE

No. 156P91

Case below: 99 N.C.App. 774

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 May 1991.

STATE v. SIMPSON

No. 130P91

Case below: 101 N.C.App. 576

Stay dissolved and petition by defendant for writ of supersedeas denied 2 May 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

STATE v. VEGA

No. 134P91

Case below: 101 N.C.App. 576

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

TOWNSEND v. HARRIS

No. 143P91

Case below: 102 N.C.App. 131

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 2 May 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.